UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) Civil Action Nos. 18-112 (JEB) |
| v. | ) 18-283 (JEB) ) ) |
| WILBUR ROSS, *et al.*, | ) ) |
| *Federal Defendants*, and | ) ) ) |
| MAINE LOBSTERMEN'S ASSOCIATION, INC., and MASSACHUSETTS LOBSTERMEN'S ASSOCIATION, | ) ) ) ) ) |
| *Defendant-Intervenors.* | ) ) |

**PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS**

1.      The vertical lines used in the American lobster trap/pot fishery pose an entanglement risk to right whales. Federal Defendants' Response to Plaintiffs' Interrogatory No. 1 ("North Atlantic right whales are at risk of entanglements from vertical lines of lobster gear, but the extent of that risk changes depending on the time of year and where individual members of the species are found at any given time"); AR_8732; C1_26781. Each vertical line in the water creates potential for an entanglement. AR_8732; C1_26781.

2.      Right whales become entangled in American lobster fishing gear when they encounter vertical lines in the water column connecting buoys on the surface with the traps or pots on the bottom or groundline connecting traps or pots together on the bottom. C1_26769; C1_26781. "Entanglements of large whales have been documented in lobster gear groundlines and vertical line." AR_8407.

1

3. When right whales are present near fishing gear that uses vertical lines in the water column, they are at risk of becoming entangled in that gear. Federal Defendants' Responses to Plaintiffs' Request for Admissions (RFA Response) No. 23; AR_8732. The right whale is "at risk of becoming entangled in [lobster] fishing gear because the whale[] feed[s] and travel[s] in many of the same ocean areas" as the area in which the American lobster fishery operates. C1_26781–82.

4. A whale can become entangled in fishing gear, such as by the gear becoming wrapped around its pectoral fin, its tail, its neck, or its mouth. Ans. II ¶ 3[1] (admitting that there are cases where whales have dragged gear entangled in these ways hundreds or even thousands of miles); C1_24019 ("Such cases have involved multiple wraps around the upper jaw, the flipper, the tail, or in some cases the entire body."). Wraps can go through the right whale's mouth, separating or mutilating the baleen plates by which it filter feeds. P_17158; P_17174.

5. As of 2018, approximately one-quarter of the estimated population of 400 right whales becomes entangled every year. AR_8732 ("With a 26% annual entanglement rate in a population of just over 400 animals, this translates to about 100 entanglements per year, which is significant for such a small population.").

6. Entanglements can kill right whales. There are instances where the heavy weight of entangled fishing gear has caused whales to drown immediately. Ans. II ¶ 3. In other cases, whales have died from entanglements over time, after having dragged the entangled gear at least hundreds of miles. Ans. II ¶ 3; C1_23992 (admitting to Plaintiffs' allegation that "[i]n at least

---

[1] "Ans. I" is NMFS' answer to the complaint filed in *Ctr. for Biological Diversity v. Ross*, No. 1:18-cv-112 (Jan. 18, 2018), at ECF No. 12 of that docket. "Ans. II" is NMFS' answer to the complaint filed in *Conservation Law Found. v. Ross*, No. 1:18-cv-283 (Feb. 7, 2018), at ECF No. 20 of that docket. The Court consolidated these matters by minute order of May 2, 2018. Plaintiffs refer to NMFS' Answers, not Intervenors' Answers, throughout.

two cases fatal gear entanglements were extremely protracted: where the entanglements took at least 100 and 163 days respectively to be finally lethal.").

7. Entanglements in fishing gear are currently the most commonly observed cause of both mortalities and serious injuries to right whales. RFA Response No. 1 ("[E]ntanglement in fishing gear is currently the most commonly observed cause of serious injury to North Atlantic right whales[.]"); RFA Response No. 2 ("[E]ntanglement in fishing gear is currently the most commonly observed cause of mortality to North Atlantic right whales[.]"); AR_8724 ("An encounter with fishing gear is the most frequent cause of documented right whale serious injuries and deaths in recent years.").

8. Entanglements can increase a right whale's vulnerability to other sources of anthropogenic mortality, such as ship strikes. C1_26781; C1_6819.

9. Entanglements can wound and injure right whales. RFA Response No. 6; C1_26727 (2014 Opinion noting that "[l]ines wrapped tightly around an animal can cut into the flesh, leading to injuries, infection, and death"); AR_8734 ("Even if disentangled" right whales can suffer from "trauma wounds from rope cuts" and "damage to baleen plates that can prevent efficient filter feeding for many years."). Entanglements can cause soft tissue injuries that, among other impacts, may lacerate blowholes, affecting breathing. AR_21751. Entanglements can cause skeletal injuries, including severely abnormal bone growth, bone deformation, loss of bone, and loss of bone density, as well as partial flipper amputations. AR_21752–54.

10. The severity of entanglements has been increasing over time. AR_8730; AR_4910 ("[A]nalyses of whales carrying entangling gear also suggest that entanglement wounds have become more severe since 1990, possibly due to increased use of stronger lines in fixed fishing gear."); P_17145; P_17163.

11. "[E]ntanglements can result in impaired swimming ability . . . ." RFA Response No. 7; AR_3151–52.

12. "Entanglements can result in impaired migratory behaviors of North Atlantic right whales . . . ." RFA Response No. 8.

13. Entanglements can reduce a right whale's ability to forage by entangling the whale in the mouth, preventing feeding, or impairing locomotion. Ans. I ¶ 76 (admitting to Plaintiffs' allegations that "[c]hronic entanglement impairs foraging and locomotion. Impaired locomotion can contribute to starvation, while an entanglement of the mouth directly impedes foraging, causing starvation."); P_16632; C1_26781. Entanglements through the mouth can cause baleen plate separation or mutilation, prevent the whale from opening its mouth wide enough to feed, and decrease the efficiency of baleen plate filter feeding. P_17158.

14. Entanglements can lead to a right whale dragging fishing gear, which can elevate the animal's energy demands. RFA Response No. 9; AR_2225.

15. Entanglements can negatively affect a right whale's immune system. An entanglement can increase stress hormone levels, which can contribute to the development of systematic infections. Ans. I ¶ 77. In addition, severe wounding from an entanglement or repeated entanglements can increase a right whale's susceptibility to disease and parasites. *Id.* (admitting to Plaintiffs' allegation that "[s]evere wounding from an entanglement or repeated entanglements of right whales can increase their susceptibility to disease"); C1_26781; AR_2385; P_16634; P_17173-74.

16. Entanglements are reducing the reproductive success of right whales. Ans. I ¶ 78. An entanglement of a female North Atlantic right whale can decrease the likelihood that it will reproduce. RFA Response No. 10; C1_6819. Entanglements from fishing gear can delay right

whale reproduction by months or years. Ans. I ¶ 79 (admitting to Plaintiffs' allegation that "[t]he drag from fishing gear can delay right whale reproduction by months or years"); AR_3145 (Females carrying gear or that have suffered a severe entanglement "are significantly less likely to calve again."); AR_8733–35; AR_3136. ("Significant sublethal energetic impacts also occur [from entanglements], especially in reproductive females. Drag from fishing gear contributes up to 8% of the 4-year female reproductive energy budget, delaying time of energetic equilibrium (to restore energy lost by a particular entanglement) for reproduction by months to years.").

17. NMFS recently determined that, of documented right whale entanglements that occurred from 1997 through 2017 where the set location and type of gear were known, and gear was recovered from the whale, the lobster fishery entangled eleven whales in the Northeast Atlantic Ocean in and around the Gulf of Maine. AR_8733 Fig. 5 (map of known entanglements of right whales in U.S. lobster gear); *see also* D_22155 (same map in color). This included one right whale in 1997, two in 1998, one in 1999, one in 2001, one in 2002, one in 2003, two in 2004, one in 2008, one in 2009, and one in 2016. AR_8733; D_22155. NMFS was able to directly attribute at least one right whale entanglement to U.S. lobster gear in 2016. Ans. II ¶ 120.

18. Not all entanglements are observed or reported. C1_26772 ("Since many entanglement events go unobserved and because the gear type, fishery, and/or country of origin for observed entanglement events are often not traceable, identified entanglement events are assumed to be an under-representation of actual numbers of entanglements."); C1_26786 ("Documented entanglements most likely underestimate the extent of the entanglement problem since not all entanglements are likely to be observed."); P_17167 ("[R]eported whale carcasses likely represent only a portion of those that actually occur due to the low likelihood of finding

carcasses at sea and the reluctance and/or unawareness of various parties to report mortalities to the proper authorities when found").

19. Scarring on right whales may be a better indicator of entanglement interactions with fisheries than records of entanglement because whales can shed entangled gear. AR_4910 ("A review of scars detected on identified individual right whales over a period of 30 years (1980–2009) documented 1032 definite, unique entanglement events on the 626 individual whales identified. Most individual whales (83%) were entangled at least once, and almost half of them (306 of 626) were entangled more than once." (internal citation omitted)); *id.* ("Scarring rates suggest that entanglements occur at about an order of magnitude more often than detected from observations of whales with gear on them."). A study on scarring published in 2012 concluded that 82.9% of photographed right whales "had been entangled at least once" and 59% "had been entangled more than once." C1_26864.

20. NMFS estimates that there are "approximately 622,000 vertical lines [] deployed from fishing gear in U.S. waters from Georgia to the Gulf of Maine." AR_8731.

21. The American lobster fishery is one of the largest fisheries along the Atlantic Coast. Ans. II ¶ 91. The American lobster fishery is the most active trap/pot fishery in the northeastern United States. Ans. I ¶ 84; C1_26674. NMFS' most recent estimate is that 8,485 persons or vessels participate in the Northeast/Mid-Atlantic American lobster trap pot fishery. 2019 List of Fisheries, Table 2 (84 Fed. Reg., 22,051 22,067 (May 16, 2019)).

22. "[M]ore than 90 percent of the buoy lines in the areas frequented by right whales are associated with the lobster fishery..." P_15781.

23. In the 2014 biological opinion on the American lobster fishery, NMFS concluded that the American lobster fishery "has the potential to seriously injure or kill an average of 3.25

right whales per year." C1_26787. The biological opinion further concluded that "entanglements of right whales in pot/trap gear continue to occur despite the measures implemented by the ALWTRP [Atlantic Large Whale Take Reduction Plan]." C1_26786.

24. The American lobster fishery is a Category I fishery, due in part to interactions with right whales. 84 Fed. Reg. at 22,067 (Table 2). It is the only Category I commercial fishery in the Atlantic Ocean, Gulf of Mexico, or Caribbean that uses trap/pot gear. *Id*. at 22,067–070 (Table 2).

25. The potential biological removal level, or PBR, for right whales is currently 0.9. AR_12500.

26. In the 2014 Opinion, NMFS found that of the 39 reported right whale entanglements that occurred from 2007 to 2011, 42% were deemed to have resulted in a serious injury or mortality. C1_26786.

27. The number of confirmed mortalities and serious injuries attributable to entanglements represents a minimum estimate of human-caused mortality. AR_8408. Not all right whale deaths are detected. RFA Response No. 4; P_16969 (email from NMFS employee noting that "takes in open waters of the Gulf of Maine, where carcasses can drift further offshore, would be less likely to be detected."). "[I]n recent years, many deaths (around 10 to 20/yr) were going undetected annually…" AR_8725.

28. Even when dead right whales are located, a cause of death cannot always be definitively determined because of the inability to retrieve a carcass for necropsy, conduct a full examination, or because of advanced decomposition. P_17146–48; P_17150–51. The two major known causes of right whale deaths from 1970 to 2018 are entanglements and ship strikes. AR_21747; AR_8729. There is little to no evidence in recent years that any juvenile or adult

whales have died of natural causes instead of anthropogenic causes. AR_8729; AR_8735; P_17152; P_17159–60.

29. For decades, entanglements of right whales have increased on an annual basis. Ans. II ¶ 3. "The odds of an entanglement event are now increasing by 6.3% per year[.]" AR_8724. The increased rate of right whale entanglements has coincided with lobster fishing effort moving further offshore. *See e.g.,* AR_8726-27 (portion of Maine lobster landings caught three miles or more offshore increasing over the past 10 years).

30. A review of right whale mortalities from 2003–2018 examined 70 known dead North Atlantic right whales, of which 44 had been necropsied and for which a cause of death was determined for 43 right whales. P_17142. The review found that 88.4% (n=38) of known causes of death were due to human activities. *Id.* Vessel strikes accounted for 16 and entanglements accounted for 22 human-caused right whale deaths. *Id.* Of the 22 entanglements, 12 were determined to be acute and seven were determined to be chronic. AR_21747.

31. As a percentage of known human-caused right whale deaths, entanglements caused 21% of such deaths from 1970–2002 and 51% from 2003–2018. AR_21749. In the U.S., 75% of known human-caused deaths from 1970–2008 (n=24) were caused by ship strikes while 25% were caused by entanglements. From 2009–2018 (n=17), the percentages are 23.5% due to ship strike and 76.5% due to entanglements. *Id.*

32. NMFS' draft 2018 Stock Assessment Report for right whales determined that entanglement in commercial fishing gear was responsible for more than 90% of all known human-caused serious injuries and mortalities from 2012 through 2016. AR_ 12500 (stating that from 2012 through 2016 "the minimum rate of annual human-caused mortality and serious injury to right whales averaged 5.56 per year," and of those, entanglements averaged at 5.15 per year).

33. The North Atlantic Right Whale Consortium 2018 Report Card found that from 2010–2016, entanglements have accounted for 85% of diagnosed right whale mortalities. P_34; AR_2293 (between 2010 and 2015, entanglement related deaths accounted for 85% of diagnosed right whale mortalities); AR_5265 (between 2011 and 2015, entanglement related deaths accounted for 85% of diagnosed right whale mortalities).

34. Nine right whales were found dead in U.S. waters in 2017 and 2018: eight off Massachusetts and one off Virginia. D_15645–49 (chart emailed by a NMFS employee tracking right whale deaths in 2017 and 2018). Of the nine 2017 and 2018 deaths in U.S. waters, NMFS determined that one death was from a ship strike, three deaths were from undetermined causes, and the remaining five deaths were from suspected or confirmed entanglements. D_15645. While the sources of all these entanglements have not yet been determined, NMFS stated that based on models from the U.S. Coast Guard, two of the whale carcasses found in 2018 in waters off New England with signs of acute entanglements did not travel any great distance from where they were found. P_16970; see also D_13921-45.

35. In October 2018, a dead right whale was observed 100 nautical miles east of Nantucket, Massachusetts. AR_21260-21261; D_13921-45 (case summary of dead right whale found in October 2018). This animal was originally found in October 2018 in an area known as George's Bank, approximately 140 nautical miles east of Cape Cod. D_13921; see also D_13922 (map depicting various locations within the area where the whale carcass was observed). Although the type of gear was not present on the whale at the time of observation, and therefore could not be identified, its probable cause of death was determined to be entanglement, and there was "evidence of extensive, constricting body [and] head wraps." AR_21260–62.

36. In August 2018, a dead right whale was found approximately 23 miles south of Martha's Vineyard. D_15326; see also D_15327 (map depicting various locations where the carcass was observed and its drift toward shore). Its cause of death was ruled a "[p]robable severe acute entanglement." D_15326.

37. Warming ocean waters has caused a shift in distribution of right whales and fishing effort. AR_8726. American lobster populations are moving north and into deeper, cooler waters of the Gulf of Maine and U.S. fisheries are also moving farther offshore in response. AR 8723. This effort shift has increased the overlap between lobster fishing and the areas where North Atlantic right whales migrate and feed. AR_8723.

38. NMFS does not have an Incidental Take Statement for the American lobster fishery. C1_ 26812.

Dated: June 14, 2019

Respectfully submitted,

/s/ (with permission)
Kristen Monsell, *admitted pro hac vice*
Center for Biological Diversity
1212 Broadway, Ste. 800
Oakland, CA 94612
(510) 844-7137
kmonsell@biologicaldiversity.org

Sarah Uhlemann, DC Bar No. 501328
Center for Biological Diversity
2400 80th Street NW, #146
Seattle, WA 98117
(206) 327-2344
suhlemann@biologicaldiversity.org

/s/ (with permission)
Jane P. Davenport, DC Bar No. 474585
Defenders of Wildlife
1130 17th Street, NW
Washington, DC 20036
(202) 722-3274
jdavenport@defenders.org

/s/ *Erica A. Fuller*
Erica A. Fuller (DC Bar No. MA0001)
Conservation Law Foundation
62 Summer St.
Boston, MA 02110
Tel.: 617-850-1754
Fax: 617-350-4030
efuller@clf.org

Emily K. Green (DC Bar No. ME0002)
Sean Mahoney (*Pro Hac Vice*)
(Maine Bar No. 8661)
Conservation Law Foundation
53 Exchange St., Suite 200
Portland, ME 04101
Tel.: 207-210-6439
Fax: 617-350-4030
egreen@clf.org
smahoney@clf.org

*Attorneys for Plaintiff Conservation Law Foundation*

Laura Friend, DC Bar No. NY0217
The Humane Society of the United States
1255 23rd Street, NW Suite 450
Washington, DC 20037
(202) 676-2331
lfriend@humanesociety.org

*Attorneys for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, The Humane Society of the United States*