UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CENTER FOR BIOLOGICAL DIVERSITY**, *et al.*,

Plaintiffs,

v.

**WILBUR ROSS, in his official capacity as Secretary of Commerce**, *et al.*,

Defendants,

and

**MASSACHUSETTS LOBSTERMEN'S ASSOCIATION, INC.**,

Defendant-Intervenor.

Civil Action No. 18-112 (JEB)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby ORDERS that:

1. Defendants' Motion to Stay is DENIED;

2. Defendants shall file their opposition to Plaintiffs' Motion for Summary Judgment by November 14, 2019; and

3. Plaintiffs' Motion for Hearing is DENIED.

/s/ James E. Boasberg
JAMES E. BOASBERG
United States District Judge

Date:  October 31, 2019