UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, <br><br> *Plaintiffs*, v. <br><br> GINA RAIMONDO *et al.*, <br><br> *Federal Defendants*, and <br><br> MAINE LOBSTERMEN'S ASSOCIATION, INC. *et al.*, <br><br> *Defendant – Intervenors* | Civil Action No. 18-112 (JEB) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Oceana, Inc. withdrew its Motion for Leave to File Brief as *Amicus Curiae* in Support of Plaintiffs on December 24, 2021.  Accordingly, I hereby withdraw my appearance as counsel in this case.

Respectfully submitted this 24th day of February 2022.

*/s/ Aparna B. Joshi*
Aparna B. Joshi, DC Bar #481879
O'Melveny & Myers LLP
1625 I St. NW #10
Washington, D.C. 20006
Telephone: (202) 383-5132
ajoshi@omm.com

*Counsel for Oceana, Inc.*