# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | Case Nos.  1:18-cv-112-JEB |
| | ) | 1:18-cv-283-JEB |
| v. | ) ) | |
| GINA RAIMONDO, in her official capacity as Secretary of Commerce, *et al.*, | ) ) ) ) | **FEDERAL DEFENDANTS' NOTICE REGARDING UPDATED NORTH ATLANTIC RIGHT WHALE** |
| *Federal Defendants*, and | ) ) | **ENTANGLEMENT RISK REDUCTION MODELING** |
| MAINE LOBSTERMEN'S ASSOCIATION, *et al.*, | ) ) ) | **ESTIMATE** |
| *Intervenor-Defendants*. | ) ) ) | |

Federal Defendants, Gina Raimondo, in her official capacity as the Secretary of Commerce, Janet Coit, in her official capacity as the Assistant Administrator for the National Oceanic and Atmospheric Administration Fisheries, and the National Marine Fisheries Service ("NMFS") (collectively, "Federal Defendants"), hereby provide the Court notice of an update to NMFS's modeling estimate of North Atlantic right whale mortality/serious injury ("M/SI") entanglement risk reduction. As explained in Federal Defendants' summary judgment briefs, NMFS and the Atlantic Large Whale Take Reduction Team ("TRT") began work in 2018 on a new Atlantic Large Whale Take Reduction Plan ("TRP") amendment that aimed to reduce the risk of North Atlantic right whale M/SI from entanglement in Northeast Region lobster and Jonah crab trap/pot fisheries. *See* Dkt. 203 at 2; Dkt. 214 at 9. NMFS finalized this amendment as the 2021 Atlantic Large Whale Take Reduction Plan Amendment Rule ("2021 TRP Amendment Rule"). At the time of the rulemaking, NMFS, relying on a peer-reviewed risk

reduction estimation model called the Decision Support Tool ("DST"), calculated that the

measures required by the 2021 TRP Amendment Rule would reduce M/SI entanglement risk by

approximately 60%. Dkt. 203 at 2, 35. Since that time, new and better data and methods have

become available and have been incorporated into the DST, including new fishery effort and

whale density data as well as improved methods for determining fishery effort and gear

distribution. *See* Exhibit 1, 08/18/22 Declaration of Colleen Coogan ¶ 4. NMFS now estimates

that the measures implemented by the 2021 TRP Amendment Rule reduce North Atlantic right

whale M/SI entanglement risk by approximately 48%. *Id.* ¶ 5. NMFS and the TRT will be using

this new estimate going forward when assessing future regulatory actions that are necessary to

reduce North Atlantic right whale entanglement risk. *Id.* ¶ 7. Federal Defendants will explain

further implications of this updated risk reduction estimate in their remedy brief, which is

currently due by September 19. 07/22/22 Minute Order.


Dated: August 18, 2022                    Respectfully submitted,

                                          TODD KIM, Assistant Attorney General
                                          U.S. Department of Justice
                                          Environment & Natural Resources Division

                                          */s/  Taylor A. Mayhall*
                                          TAYLOR A. MAYHALL, Trial Attorney
                                          Wildlife & Marine Resources Section
                                          P.O. Box 7611
                                          Washington, DC 20044-7611
                                          Telephone: (202) 598-3796
                                          Email: taylor.mayhall@usdoj.gov

                                          J. BRETT GROSKO, Senior Trial Attorney
                                          Wildlife & Marine Resources Section
                                          P.O. Box 7611
                                          Washington, DC 20044-7611
                                          Telephone: (202) 305-0342 / (202) 353-5281 (c)
                                          Email: Brett.Grosko@usdoj.gov

*Counsel for Federal Defendants*

*Of Counsel*

John Almeida, *Attorney-Advisor*
Mark Capone, *Attorney-Advisor*
NOAA Office of General Counsel
Gloucester, Massachusetts