UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RAIMONDO, in her official capacity as Secretary of Commerce, *et al.*,<br><br>Federal Defendants,<br><br>and<br><br>THE STATE OF MAINE, *et al.*,<br><br>Intervenors-Defendants. | Case Nos. 1:18-cv-112 (JEB)<br><br>1:18-cv-283 (JEB) |

**INTERVENOR-DEFENDANT MASSACHUSETTS LOBSTERMEN'S OBJECTION TO NOTICE OF RELATED CASES AT DOCKET NO. 242**

Intervenor-Defendant Massachusetts Lobstermen's Association, pursuant to District of D.C. Local Rules 40.5, hereby respectfully submits its Objection to Defendants Gina Raimondo, in her official capacity as Secretary, Janet Coit, in her official capacity as Assistant Administrator, and National Marine Fisheries Services, (collectively "NMFS") Notice of Related Cases.

On February 3, 2023, NMFS submitted a Notice of Related Cases, claiming that *Massachusetts Lobstermen's Association, Inc. v. Gina Raimondo, et al.*, 23-CV-00293-JMC was a related case because it involves common issues of fact. [Dkt. # 242.] However, Local Rule 40.5 provides that civil cases are "deemed related when the earliest is still pending on the merits in the District court *and* they . . . (ii) involve common issues of fact[.]" D.D.C. L.R. 40.5 (emphasis

added). This matter is not pending on the merits in front of this Court, rather, this Court has already granted summary judgment in favor of plaintiffs in that matter and has issued a remedy order directing NMFS to take additional actions. [Dkt. # 218, 239.] Accordingly, *Massachusetts Lobstermen's Association v. Raimondo* is not a related case as defined by the Local Rules and this Court should strike the Notice of Related Cases at Docket No. 242.[1]

|  |  |
|---|---|
|  | Defendant-Intervenor Massachusetts Lobstermen's Association, Inc. by its attorneys, |
| Dated: February 6, 2023 | ECKLAND & BLANDO LLP |
|  | /s/ SAMUEL P. BLATCHLEY<br>Samuel P. Blatchley, Esq. (#MA0039)<br>22 Boston Wharf Road, 7th Floor<br>Boston, MA 02210<br>sblatchley@ecklandblando.com<br>(617) 217-6936 |
|  | Daniel J. Cragg, Esq. (#MN0016)<br>10 South Fifth Street, Suite 800<br>Minneapolis, MN 55402<br>dcragg@ecklandblando.com<br>(612) 236-0160 |

---

[1] MALA reserves objections as to whether *Center for Biological Diversity* involves common issues of fact as, while different regulatory actions are at dispute here, the underlying research and facts relied on by NMFS to support the 2023 Wedge Closure appear to be the same. Further developments in this case may lead MALA to object to the Notice of Related Cases on the grounds that there are not common issues of fact.

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2023, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ SAMUEL P. BLATCHLEY

Samuel P. Blatchley (#MA0039)