# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL            )
DIVISION, *et al.*,              )
                                 )
      Plaintiffs,   )
                                 )
v.                               )    Case No. 1:18-cv-112-JEB
                                 )
GINA RAIMONDO, in her official capacity )
as Secretary of Commerce, *et al.*,  )
                                 )
      Federal Defendants,  )
and                              )
                                 )
MAINE LOBSTERMEN'S               )
ASSOCIATION, INC., *et al.*,     )
                                 )
      Defendant-Intervenors.  )
_____ )

## JOINT STATUS REPORT

The Federal Defendants, Gina Raimondo, in her official capacity as Secretary of the

Department of Commerce, Janet Coit, in her official capacity as Assistant Administrator of the

National Oceanic and Atmospheric Administration Fisheries, and the National Marine

Fisheries Service ("NMFS") (collectively, "Federal Defendants"), Plaintiffs, the Center for

Biological Diversity, Defenders of Wildlife, and Conservation Law Foundation ("Plaintiffs"),

Defendant-Intervenor, Maine Lobstermen's Association, Defendant-Intervenor Maine

Lobstering Union, Defendant-Intervenor Massachusetts Lobstermen's Association, Defendant-

Intervenor Little Bay Lobster, LLC, and Defendant-Intervenor State of Maine Department of

Marine Resources (collectively, "Defendant-Intervenors"), by and through undersigned

counsel, hereby file this Joint Status Report pursuant to the Court's November 17, 2022

remedy order. Dkt. 239 at 7 ("The parties shall file a joint status report by July 10, 2023, and every six months thereafter, detailing progress in complying with this Order.").

Subsequent to the Court's above-mentioned order, numerous legal developments have occurred, as follows:

- On December 29, 2022, President Biden signed the "Consolidated Appropriations Act, 2023," which included a provision related to NMFS's regulation of the lobster and Jonah crab fisheries to protect right whales. Pub. L. No. 117-328, Div. JJ, Tit. I ("CAA"). At Section 101(a), the CAA deems the rule NMFS issued in September 2021 amending the Atlantic Large Whale Take Reduction Plan, *Taking of Marine Mammals Incidental to Commercial Fishing Operations; Atlantic Large Whale Take Reduction Plan Regulations; Atlantic Coastal Fisheries Cooperative Management Act Provisions; American Lobster Fishery*, 86 Fed. Reg. 51,970 (Sept. 17, 2021) ("2021 TRP Amendment Rule"), "sufficient to ensure that the continued Federal and State authorizations of the American lobster and Jonah crab fisheries are in full compliance" with the Marine Mammal Protection Act and the Endangered Species Act until December 31, 2028. CAA § 101(a); Dkt. 241.

- In an appeal of the district court's decision in the companion case,[1] *Maine Lobstermen's Association, et al. v. NMFS*, 626 F. Supp. 3d 46 (D.D.C. 2022),

---

[1] Position of Massachusetts Lobstermen's Association: The parties have disputed whether the matters should be referred to as "related" or "companion cases". Massachusetts Lobstermen's Association respectfully asserts that the cases should be referred to as "related" in light of NMFS's Notice of Related Case [Dkt. 13] submitted to this Court in *Massachusetts Lobstermen's Association, Inc. v. National Marine Fisheries Services, et al*, 1:23-cv-00293-JEB wherein NMFS said that case involved common issues of fact with this matter. *See Massachusetts*

the parties submitted merits briefing and the court heard argument on February 24, 2023. *See Maine Lobstermen's Association v. NMFS*, No. 22-5246 (D.C. Cir.) ("*Maine Lobstermen's Association*"). *Maine Lobstermen's Association* involved a challenge to the same biological opinion (the "2021 Biological Opinion") and the 2021 TRP Amendment Rule that are the subject of this case.

- In light of the CAA, Federal Defendants moved to dismiss this case as moot and vacate certain orders and opinions in this case. Dkt. 245, 245-1. Plaintiffs stated that they oppose such a motion, Dkt. 245, and jointly Plaintiffs and Defendant-Intervenors moved to stay the briefing on Federal Defendants' motion to dismiss pending a decision in *Maine Lobstermen's Association*. Dkt. 246. The Court granted that motion to stay and instructed the parties to file a joint proposed briefing schedule on the motion to dismiss within five days of the issuance of the mandate in *Maine Lobstermen's Association*. Dkt. 250 at 3.

- On June 16, 2023, the D.C. Circuit issued its opinion. *See Maine Lobstermen's Association*, 70 F.4th 582, 2023 WL 4036598 (D.C. Cir. June 16, 2023) ("We reverse the district court's grant of summary judgment to the Service and direct the court to enter summary judgment for the lobstermen on count one of their complaint. Because the Service has raised no independent defense to count four of the complaint, we direct the district court to enter summary judgment for the lobstermen on count four. We further direct the district court to vacate the

---

*Lobstermen's Association, Inc. v. National Marine Fisheries Services, et al*, 1:23-cv-00293-JEB, Dkt. 13.

biological opinion as applied to the lobster and Jonah crab fisheries and to remand the phase one rule to the Service.").

- The mandate in the *Maine Lobstermen's Association* case has not yet issued, and the clerk ordered that the mandate be withheld "until seven days after disposition of any timely petition for rehearing or rehearing en banc." The parties are currently reviewing the D.C. Circuit's decision. The deadline for filing any petition for panel or *en banc* rehearing is July 31, 2023. Fed. R. App. Proc. 35(c), 40(a).

As to progress in complying with this Court's remedy order, NMFS has already explained, *see* Declaration of Dr. Marisa Trego (Dkt. 248-1 at ¶¶ 2-3), that it does not intend to issue a rule amending the Atlantic Large Whale Take Reduction Plan to regulate the American lobster and Jonah crab fisheries by December 9, 2024, as originally contemplated by the Court in its November 2022 remedy order, Dkt. 239 at 7. Instead, NMFS is adhering to Congress's plan for right whale conservation as prescribed in the CAA—that is, in consultation with affected States and fishing industry participants, promoting the innovation and adoption of gear technologies, in consultation with affected States submitting annual reports to Congress, and, ultimately, producing a new Atlantic Large Whale Take Reduction Plan amendment rule regulating the American lobster and Jonah crab fisheries to take effect by December 31, 2028. *See* Dkt. 241, 248-1, 250 at 2 (Court, noting "all parties agree that th[e] [December 9, 2024] 'remedy deadline for a new TRP amendment rule is "no longer operative" with respect to the lobster and Jonah crab fishery as a result of' [the CAA]").

Date: July 10, 2023                    Respectfully submitted,

                                       TODD KIM
                                       Assistant Attorney General

U.S. Department of Justice
Environment and Natural Resources Division

*/s/ Taylor A. Mayhall*
TAYLOR A. MAYHALL (MN Bar 0400172)
*Trial Attorney*
J. BRETT GROSKO
*Senior Trial Attorney* (Md. Bar)
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, DC 20044

*Counsel for Federal Defendants*

*Of Counsel*

John Almeida, Attorney-Advisor
Mark Capone, Attorney-Advisor
Sam Duggan, Attorney-Advisor
NOAA Office of General Counsel
Gloucester, Massachusetts

/s/ *Kristen Monsell* (with permission)
Kristen Monsell, DC Bar No. CA00060
Center for Biological Diversity
1212 Broadway, Ste. 800
Oakland, CA 94612
(510) 844-7137
kmonsell@biologicaldiversity.org

*/s/ Jane P. Davenport* (with permission)
Jane P. Davenport, DC Bar No. 474585
Defenders of Wildlife
1130 17th Street, NW
Washington, DC 20036
(202) 722-3274
jdavenport@defenders.org

*Attorneys for Plaintiffs Center for Biological
Diversity and Defenders of Wildlife*

*/s/ Erica A. Fuller* (with permission)
Erica A. Fuller, DC Bar No. MA0001
Conservation Law Foundation
62 Summer St.

5

Boston, MA 02110
(617) 850-1754
efuller@clf.org

*Attorney for Plaintiff Conservation Law*
*Foundation*

*/s/ Jason Morgan* (with permission)
Jason Morgan, D.C. Bar No. 1615129
Ryan Steen, D.C. Bar No. 1615260
STOEL RIVES
600 University Street, Suite 3600
Seattle, Washington 98101
Phone: (206) 624-0900
Fax: (206) 386-7500
Email: ryan.steen@stoel.com
jason.morgan@stoel.com

Jane C. Luxton, D.C. Bar No. 243964
LEWIS BRISBOIS BISGAARD & SMITH LLP
2112 Pennsylvania Ave., NW, Ste. 500
Washington, D.C. 20037
Phone: (202) 558-0659
Email: Jane.Luxton@lewisbrisbois.com

Mary Anne Mason, D.C. Bar No. 375825
MAINE LOBSTERMEN'S ASSOCIATION, INC.
2 Storer Street, Suite 203
Kennebunk, ME 04043
Phone: (202) 262-2424
Email: Maryanne@mainelobstermen.org

*Attorneys for Maine Lobstermen's Association, Inc.*

*/s/ Samuel P. Blatchley* (with permission)
Samuel P. Blatchley BBO# 670237
Robert T. Dube Jr.*
ECKLAND & BLANDO LLP
22 Boston Wharf Road, 7th Floor
Boston, MA 02210
(617) 217-6936
sblatchley@ecklandblando.com
*Supervised by principals of the firm who are
members of the MA bar and D.C Circuit bar

*Counsel for Massachusetts Lobstermen's*

6

*Association*

/s/ *Alfred C. Frawley IV* (with permission)
Alfred C. Frawley IV
(admitted *pro hac vice*)
MCCLOSKEY, MINA, CUNNIFF & FRAWLEY,
LLC
12 City Center
Portland, Maine 04101
(207) 772-6805
(207) 879-9375
tmina@lawmmc.com
afrawley@lawmmc.com

*Attorneys for District 4 Lodge of the International
Association of Machinists and Aerospace Workers,
Local Lodge 207, f/k/a IAMAW Maine Lobstering
Union – Local 207*

/s/ *Paul S. Weiland* (with permission)
Paul S. Weiland, DC Bar No. 56111
NOSSAMAN LLP
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone: 949.833.7800
Facsimile: 949.833.7878
pweiland@nossaman.com

*Attorney for State of Maine, Department of Marine
Resources*

/s/ *Stephen M. Ouellette* (with permission)
Stephen M. Ouellette, Esquire
BBO No.: 543752
USDC Bar No.: WI0016
OUELLETTE LAW OFFICE
127 Eastern Ave., Suite 1
Gloucester, MA 01930
Tel: (978) 281-7788
Fax: (978) 281-4411
smo@fishlaw.com

*Attorney for Little Bay Lobster, LLC*

7

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

*/s/ Taylor Mayhall*
Attorney for Federal Defendants