TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

J. BRETT GROSKO
*Senior Trial Attorney* (MD Bar)
TAYLOR MAYHALL
*Trial Attorney* (MN Bar No. 0400172)
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0342 | Phone (Grosko)
(202) 598-3796| Phone (Mayhall)
brett.grosko@usdoj.gov
taylor.mayhall@usdoj.gov

*Counsel for Federal Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GINA RAIMONDO, in her official capacity as Secretary of Commerce, JANET COIT, in her official capacity as Assistant Administrator of NOAA Fisheries, and the NATIONAL MARINE FISHERIES SERVICE, <br><br> *Federal Defendants*, and <br><br> THE STATE OF MAINE, *et al.*, <br><br> *Intervenor-Defendants*. | Case No. 1:18-cv-112-JEB (consolidated with Case No. 1:18-cv-283-JEB) <br><br> **FEDERAL DEFENDANTS' AMENDED MOTION TO DISMISS** |

Federal Defendants, the National Marine Fisheries Service, Gina Raimondo, in her

official capacity as Secretary of Commerce, and Janet Coit, in her official capacity as Assistant

1

Administrator of the National Oceanic and Atmospheric Administration Fisheries, respectfully request that the Court dismiss (a) Plaintiffs' Original Complaint (Dkt. 1) and Second Supplemental/Amended Complaint for Declaratory and Injunctive Relief (Dkt. 170); and (b) Plaintiff's Complaint in *Conservation Law Foundation v. Ross*, No. 1:18-cv-283-JEB (D.D.C.). For the reasons stated in Federal Defendants' accompanying Memorandum of Law in Support of Federal Defendants' Amended Motion to Dismiss, the Court should dismiss those three Complaints with prejudice as moot and vacate the orders and memorandum opinions at Dkt. 41, 42, 90, 91, 218, 219, and 239 (Case No. 1:18-cv-112-JEB).

On September 26, 2023, Federal Defendants requested the parties' positions on the instant Motion. Plaintiffs stated that they oppose the Motion. Defendant-Intervenors, the State of Maine, the Maine Lobstering Union, and the Maine Lobstermen's Association support dismissal and will elaborate on their positions in their October 11, 2023, filing. Defendant-Intervenor, the Massachusetts Lobstermen's Association stated that it does not oppose the Motion. Defendant-Intervenor, the Little Bay Lobster Company, stated that it supports the government's Motion seeking dismissal of the case.

Date: September 27, 2023

Respectfully submitted,

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

*/s/ J. Brett Grosko*
J. BRETT GROSKO
*Senior Trial Attorney* (Md. Bar)
TAYLOR A. MAYHALL (MN Bar 0400172)
*Trial Attorney*
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, DC 20044

*Counsel for Federal Defendants*

*Of Counsel*

John Almeida, Attorney-Advisor
Mark Capone, Attorney-Advisor
Sam Duggan, Attorney-Advisor
NOAA Office of General Counsel
Gloucester, Massachusetts