UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,

    Plaintiffs,

v.

GINA RAIMONDO, in her official capacity as Secretary of the U.S. Department of Commerce, *et al.*,

    Defendants,

and

MAINE LOBSTERMEN'S ASSOCIATION, INC., *et al.*,

    Defendant-Intervenors.

Case No: 1:18-cv-00112-JEB
(consolidated with Case No. 1:18-cv-00283-JEB)

**DEFENDANT-INTERVENORS' MOTION TO DISMISS**

    Defendant-Intervenors, Maine Lobstermen's Association, Inc., the State of Maine, the Maine Lobstering Union, Massachusetts Lobstermen's Association, Inc., and Little Bay Lobster Company, respectfully request that the Court dismiss (a) Plaintiff's Original Complaint (Dkt. 1) and Second Supplemental/Amended Complaint for Declaratory and Injunctive Relief (Dkt. 170); and (b) Plaintiff's Complaint in *Conservation Law Foundation v. Ross*, No. 1:18-cv-283-JEB (D.D.C.). For the reasons stated in Defendant-Intervenors' accompanying Memorandum of Law in Support of Defendant-Intervenors' Motion to Dismiss, the Court should dismiss those three Complaints with prejudice as moot and vacate the orders and memorandum opinions at Dkt. 41, 42, 90, 91, 218, 219, and 239 (Case No. 1-18-cv-112-JEB).

    Plaintiffs indicated they oppose dismissal in a hearing held by the Court on September 20, 2023. Federal Defendants, the National Marine Fisheries Service, Gina Raimondo, in her official capacity as Secretary of Commerce, and Janet Coit, in her official capacity as Assistant

1

Administrator of the National Oceanic and Atmospheric Administration Fisheries have moved for dismissal on the same grounds as Defendant-Intervenors.

Dated:  October 11, 2023  Respectfully submitted,

*/s/ Paul Weiland*
Paul S. Weiland, DC Bar No. 56111
Nossaman LLP
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone:  949.833.7800
Facsimile:  949.833.7878
pweiland@nossaman.com

Brian Ferrasci-O'Malley, DC Bar No. 64125
Nossaman LLP
719 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone:  206-395-7672
Facsimile:  206-257-0780
bferrasciomalley@nossaman.com

*Attorneys for Defendant-Intervenor State of Maine, Department of Marine Resources*

*/s/ Stephen M. Oullette* (with consent)
Stephen Michael Ouellette, DC Bar No. 543752
Ouellette Law Office
127 Eastern Ave., Suite 1
Gloucester, MA 01930
Telephone:  978-281-7788
Facsimile:  978-281-4411
smo@fishlaw.com

*Attorney for Defendant-Intervenor Little Bay Lobster, LLC*

*/s/ Robert Dube* (with consent)
Samuel P. Blatchley, Esq. (#MA0039)
Eckland & Blando LLP
22 Boston Wharf Road, 7th Floor
Boston, MA 02210
Telephone:  617-217-693
sblatchley@ecklandblando.com

Robert T. Dube, Jr. (#MN0018)
Daniel J. Cragg (#MN0016)
Eckland & Blando LLP
10 South Fifth Street, Suite 800
Minneapolis, MN 55402
Telephone: 612-236-0160
rdube@ecklandblando.com
dcragg@ecklandblando.com

*Attorneys for Defendant-Intervenor Massachusetts Lobstermen's Association, Inc.*

/s/ Ryan Steen (with consent)
Ryan Steen, DC Bar No. 1615260
Jason Morgan, DC Bar No. 1615129
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206-624-0900
Facsimile: 206-386-7500
ryan.steen@stoel.com
jason.morgan@stoel.com

Mary Anne Mason, DC Bar No. 375825
Maine Lobstermen's Association, Inc.
2 Storer Street, Suite 203
Kennebunk, ME 04043
Telephone: 202-262-2424
maryanne@mainelobstermen.org

*Attorneys for Defendant-Intervenor Maine Lobstermen's Association, Inc.*

/s/ Alfred Frawley (with consent)
Thimi R. Mina, DC Bar No. 395085
Alfred C. Frawley, IV, *pro hac vice*
McCloskey, Mina, Cunniff & Frawley, LLC
12 City Center
Portland, ME 04101
Telephone: 207-772-6805
Facsimile: 207-879-9375
tmina@lawmmc.com
afrawley@lawmmc.com

*Attorneys for Defendant-Intervenor District 4 Lodge of the International Association of Machinists and Aerospace Workers, Local Lodge 207, f/k/a IAMAW Maine Lobstering Union – Local 207*