**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**, *et al.*,<br><br>**Plaintiffs**,<br><br>v.<br><br>**GINA RAIMONDO**, *et al.*,<br><br>**Defendants**,<br><br>and<br><br>**MAINE LOBSTERMEN'S ASSOCIATION, INC.**, *et al.*,<br><br>**Intervenor-Defendants**. | Civil Action No. 18-112 (JEB) |

**<u>ORDER</u>**

For the reasons set forth in the accompanying Memorandum Opinion, the Court

ORDERS that:

1. Defendants' [255] and Defendant-Intervenors' [256] Motions are GRANTED IN PART and DENIED IN PART;

2. The case is hereby DISMISSED as moot; and

3. The 2022 Summary Judgment [219] Memorandum Opinion and [218] Order, and the 2022 remedy [239] Memorandum Opinion & Order are VACATED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: <u>January 29, 2024</u>