**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 1:18-cv-112 (JEB) |
| GINA RAIMONDO, *et al.*, | **JOINT MOTION TO EXTEND STAY OF BRIEFING ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |
| Federal Defendants, | |
| *and* | |
| MAINE LOBSTERMEN'S ASSOCIATION, INC., *et al.*, | |
| Intervenor-Defendants. | |

On June 3, 2024, Plaintiffs filed their motion for attorneys' fees and costs. ECF No. 267. On June 4, 2024, Plaintiffs and Federal Defendants filed a joint motion to stay briefing on Plaintiffs' motion to enable a litigation-free window for settlement negotiations through September 2, 2024, ECF No. 268, a motion the Court granted by minute order the same day. On August 29, 2024, the Court granted Plaintiffs' and Federal Defendants' joint motion to further stay fee briefing until November 1, 2024. 08/92/2024 Minute Order.

Plaintiffs and Federal Defendants have made substantial progress in settlement discussions to resolve Plaintiffs' fee and cost claims, but Federal Defendants require additional time to obtain the necessary authorization from officials at the Department of Justice. Accordingly, as set forth in the attached proposed order, Plaintiffs and Federal Defendants respectfully ask that the Court extend the stay of briefing on Plaintiffs' fee motion for another 40 days, through December 11, 2024.

An additional stay to allow the parties to discuss a settlement of Plaintiffs' fee and costs claims is in the interest of judicial economy and will not prejudice Plaintiffs or Federal Defendants. If, prior to the expiration of the stay, the parties conclude that they need additional time to discuss settlement, they will provide notice to the Court and request additional time.

Dated: October 29, 2024

Respectfully submitted,

/s/ *Kristen Monsell* (with permission)
Kristen Monsell, DC Bar No. CA00060
Center for Biological Diversity
1212 Broadway, Ste. 800
Oakland, CA 94612
(510) 844-7137
kmonsell@biologicaldiversity.org

/s/ *Jane P. Davenport* (with permission)
Jane P. Davenport, DC Bar No. 474585
Defenders of Wildlife
1130 17th Street, NW
Washington, DC 20036
(202) 722-3274
jdavenport@defenders.org

*Attorneys for Plaintiff Center for Biological Diversity and Defenders of Wildlife*

/s/ *Erica A. Fuller* (with permission)
Erica A. Fuller, DC Bar No. MA0001
Conservation Law Foundation
62 Summer St.
Boston, MA 02110
(617) 850-1754
efuller@clf.org

*Attorney for Plaintiff Conservation Law Foundation*

/s/ *Nicholas Arrivo* (with permission)
Nicholas Arrivo, DDC Bar No. CA00053
The Humane Society of the United States
1255 23rd Street NW, Ste 450
Washington, DC 20037
(202) 961-9446
narrivo@humanesociety.org

2

*Attorney for Plaintiff, The Humane Society of the United States*

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

/s/ *Taylor A. Mayhall*
TAYLOR A. MAYHALL
Trial Attorney (MN Bar No. 0400172)
J. BRETT GROSKO
Senior Trial Attorney
(Md. Bar No. 0106180001)
Wildlife and Marine Resources
Section P.O. Box 7611
Washington, DC 20044-7611
TEL: (202) 305-0342 (Grosko)
TEL: (202) 598-3796 (Mayhall)
FAX: (202) 305-0275

*Counsel for Federal Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 29th day of October, 2024, I served a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such upon all attorneys of record.

*/s/ Taylor A. Mayhall*
*Attorney for Federal Defendants*
